PRICHARD v. REYNOLDS.

LUMPKIN, P. J.   This case, upon its facts, is controlled by the decision
of this court in *Black* v. *Walker*, 98 *Ga.* 31.
                          *Judgment affirmed.   All the Justices concurring.*

                     Argued June 15, — Decided July 23, 1898.

Complaint on notes.   Before Judge Gober.   Catoosa supe-
rior court.   August term, 1897.

*Payne & Payne* and *Shumate & Maddox,* for plaintiff in er-
ror.   *W. E. Mann* and *R. J. & J. McCamy,* contra.

---

SOUTHERN RAILWAY COMPANY *v.* BUTLER.

FISH, J.   Although, upon a careful examination of the record, the ver-
dict rendered in this case is not satisfactory to this court and, in its
opinion, the trial court would have been well warranted in granting
a new trial, yet as the evidence was conflicting, and that portion of
it most favorable to the plaintiff, if it represented the real truth of
the case, was sufficient to sustain the jury's finding, the responsibil-
ity of allowing the same to stand will be left where the law places it,
and the judgment below will not be disturbed.
                          *Judgment affirmed.   All the Justices concurring.*

                     Argued June 27, — Decided July 23, 1898.

Action for damages.   Before Judge Janes.   Paulding supe-
rior court.   August term, 1897.

*Sanders McDaniel* and *A. J. Camp,* for plaintiff in error.
*L. M. Washington,* contra.